UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 15-9152 MWF (GJSx)                                       Date:  January 13, 2016

Title   Chris Langer v. Jack N. Kalaydjian, et al.

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

|             Rita Sanchez             |            Not Reported            |
| :----------------------------------: | :--------------------------------: |
|             Deputy Clerk             |       Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
Not Present                                  Not Present

**Proceedings (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause, in writing, no later than **February 2, 2016**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

■   Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

Plaintiffs are ordered to serve a copy of this Minute Order on all parties, and to file Proof of Service of same with the Court on or before January 22, 2016.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm