JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>JACK N. KALAYDJIAN, in his individual and representative capacity as trustee of the Jack N. & Maro J. Kalaydjian Family Trust Dated October 12, 1983; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-09152-MWF-GJS<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action, in its entirety, is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 21, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE